# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MICHELLE PORCHE, INDIVIDUALLY AND ON
BEHALF OF HER MINOR CHILD, S.L.P.

VERSUS

CHARLES W. DANIEL, MD, GERARD
BROUSSARD, M.D., ANTHONY L. SHIELDS,
JR, M.D., THE HOSPITAL SERVICE DISTRICT
OF WEST FELICIANA PARISH, LOUISIANA
D/B/A WEST FELICIANA PARISH HOSPITAL,
LAMMICO, AND LOUISIANA HOSPITAL
ASSOCIATION D/B/A LHA TRUST FUNDS

NO.   2019 CW 1325

JAN 1 6 2020

---

In Re:    Charles  W.  Daniel,  M.D.,  applying  for  supervisory
writs,  19th  Judicial  District  Court,  Parish  of  East
Baton Rouge, No. 675,304.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

**MRT**
**WRC**

   **McDonald,   J.,**  dissents  and  would  grant  the  writ
application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT